THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES REILLY, Appellant, *v.* JOSEPH JOHNSON, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Reilly* v. *Johnson*, 163 App. Div. 884, affirmed.
(Submitted June 4, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1914, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing the relator from the fire department of the city of New York.

*David M. Neuberger* for appellant.

*Frank L. Polk*, Corporation Counsel (*Terence Farley* and *Leon N. Futter* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.